IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC., | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:17-cv-00053-SWW |
| | * |
| | * |
| BASH BURGERS, LLC d/b/a BASH | * |
| BURGER CO., CHASE A. TURNER, | * |
| | * |
| Defendants. | * |

## ORDER

The unopposed motion for voluntary dismissal without prejudice [doc.#11] is hereby granted.

IT IS SO ORDERED this 21st day of July 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE